# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
)
)
vs. ) CR 04-32 E
Carlos Ayala Marrero )
)
)
Defendants )

HEARING ON  Supervised Release Violation
Before  Judge Cohill

AUSA Marshall Piccinini                    Michael Halley, Esq.
_____                     _____
Appear for Plaintiff                      Appear for Defendant

Hearing Begun  5/16/07  9:58          Hrg Adjourned to  —
Hrg concluded C.A.V. 5/16/07 11:05    Stenographer  S. Werner

### WITNESSES

For Plaintiff                              For Defendant

Wt. 1  Dave Conde USPO                    Wt. 1  Carlos Marrero
Gvt. Ex 1 Judgment Order
Δ has violated terms of supervision
Cat II, grade C violations (advisory range)
Sentence: 11 mo. Imprisonment + 24 mo. S.R.
All other conditions remain in full force + effect
Δ + cker into Custody