# NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Circuit Court Docket Number: _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NUMBER** |
| **VS.** | : | **04 – 32 ERIE** |
| | : | |
| **CARLOS AYALA MARRERO,** | : | **District Court Judge:** |
| **DEFENDANT** | : | **Hon. Maurice B. Cohill, Jr.** |

**NOTICE IS HEREBY GIVEN** that Carlos Ayala Marrero, Defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the May 18, 2007 *Judgment in a Criminal Case for Revocation of Supervised Release.*

Dated: May 25, 2007                                  Respectfully Submitted,

/s/ Michael R. Hadley, Esq.
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330