UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

——————

No. 07-2599

——————

UNITED STATES OF AMERICA

v.

CARLOS AYALA MARRERO,

Appellant

——————

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim. No. 04-00032-3)
Honorable Maurice B. Cohill, District Judge

——————

Submitted under Third Circuit LAR 34.1(a)
June 10, 2008

BEFORE:  AMBRO, CHAGARES, and GREENBERG, Circuit Judges

——————

JUDGMENT

——————

This cause came on to be considered on the record on appeal from the United

States District Court for the Western District of Pennsylvania and was submitted under

Third Circuit LAR 34.1(a) on June 10, 2008.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order entered May 18, 2007, is

hereby affirmed.


ATTEST:

/s/Marcia M. Waldron
Clerk

DATED:    June 20, 2008

Certified as a true copy and issued in lieu
of a formal mandate on  07/14/08

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2